United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Wilmar Oleo North America LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-24-3171 |
| | § | |
| Eastman Chemical Company, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge's Memorandum and Recommendation (docket no. 62) dated June 9, 2026, and Defendant, Eastman Chemical Company's objections (docket no. 63) and Plaintiff, Wilmar Oleo North America LLC's objections (docket no. 64) and concludes that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant, Eastman Chemical Company's Motion for Summary Judgment (docket no. 51) is **GRANTED IN PART** as to the unjust enrichment claim (Count III) and **DENIED IN PART** as to the breach-of-contract claims (Counts I and II).

It is further **ORDERED** that Defendant, Eastman Chemical Company's Motion to Exclude the Testimony of Karl L. Killian (docket no. 53) is **GRANTED** as to the breach-of-contract damages and **DENIED AS MOOT** as to the unjust enrichment damages.

The Court considers this case appropriate for mediation. If the Parties are not able to settle the case in the next thirty (30) days, they will provide the Court with the name and contact information of an agreed mediator or request the Court to refer the case to a Magistrate Judge for a settlement conference.

Paragraphs 11 and 12 of the Amended Docket Control Order (docket no. 49) are **VACATED**.

**SIGNED** at Houston, Texas, on this the 25th day of June, 2026.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE